UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LIU,<br><br>           Plaintiff,<br><br>     v.<br><br>FIDELITY NATIONAL TITLE COMPANY, et al.,<br><br>           Defendants. | Case No. 25-cv-03728-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

Pro se plaintiff Steven Liu filed this civil action bringing various claims about the foreclosure of his sister's property and the subsequent filing of unlawful detainer actions against himself and his sister. *See* Dkt. No. 1; *see also* Dkt. No. 22. The magistrate judge issued a screening order concluding that the complaint failed to state a claim under Federal Rules of Civil Procedure Rules 8 and 12, and granted Liu leave to file an amended complaint. *See* Dkt. No. 7.

Liu filed a first amended complaint (FAC). *See* Dkt. No. 15. The FAC did not establish standing or plausibly state a claim, and so the magistrate judge filed a report and recommendation advising dismissal on the grounds that the FAC is frivolous under 28 U.S.C. § 1915(e)(2). *See* Dkt. No. 22.

Liu filed an "Opposition to the Magistrate Judge's Finding and Recommendation," *see* Dkt. No. 25, which the Court will take as a timely objection. The objections were not specific responses to the report, as required by Federal Rule of Civil Procedure 72(b)(2). They mainly repeat Liu's opposition to defendant BayMark Financial, Inc.'s motion to dismiss, Dkt. No. 24, with a few statements to the effect that the "Magistrate Judge has decided to pick winners and losers," Dkt. No. 25 at 5.

1  Nothing in the objections fills in the shortcomings of the FAC. Liu says that he has
2  standing because he is a tenant in the foreclosed property, but the cited case does not support this
3  proposition. Dkt. No. 25 at 17 (quoting *Green v. Superior Ct.*, 10 Cal. 3d 616, 620 (1974)). Liu's
4  wholly conclusory statement that "the allegerd [sic] deficiencies in the RICO portion of the
5  lawsuit can be easily fixed," *id.*, does not meaningfully address the pleading issues. It is also not
6  an accurate observation about the state of the allegations in the FAC.

7  After an independent review by the Court of the record and the magistrate judge's order,
8  and reviewing Liu's claims with the generous eye afforded to pro se litigants, dismissal is
9  warranted for lack of standing and failure to state a claim. Further amendment is not warranted
10 because Liu has had multiple opportunities to allege his case, and guidance about the places where
11 he stumbled. The report and recommendation is adopted in full, and the case is closed. Defendant
12 BayMark Financial, Inc.'s pending motion to dismiss, Dkt. No. 18, is denied as moot. The hearing
13 set for October 9, 2025, is vacated.

**IT IS SO ORDERED.**

Dated: October 3, 2025

JAMES DONATO
United States District Judge

2